IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE BOARDS OF TRUSTEES OF THE LABORERS' DISTRICT COUNCIL CONSTRUCTION INDUSTRY PENSION AND ANNUITY FUND, *et al.*, Plaintiffs, | : : : : : : : : : : : : : | CIVIL ACTION No. 2:18-cv-02639-AB |
| v. | | |
| KEY FLAGGING, INC., Defendant. | | |

**ORDER**

**AND NOW,** this _22ND_ day of January, 2019, in consideration of Plaintiff's failure to acknowledge or respond to the Court's Order to Show Cause regarding Lack of Prosecution (ECF No. 5), it is **ORDERED** that this case is **DISMISSED** for lack of prosecution.[1]

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on 1/22/2019

---

[1] Default was requested and entered in this case on October 15th, 2018. *See* ECF No. 4 and unnumbered entries for October 15th, 2018. On December 3rd, 2018, the Court's staff circulated correspondence to Plaintiff's counsel requesting that counsel file a motion for default judgment. On December 20th, the Court issued an Order to Show Cause on or before January 11th, 2019, why this case should not be dismissed for lack of prosecution. *See* ECF No. 5. At the time of this order, Plaintiff's counsel has not: (1) responded to correspondence; (2) filed a motion for default judgment; or (3) responded to the Court's Order to Show Cause.